IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANALIZA MERRIWEATHER**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 4:13CV00164 BSM**

**ARKANSAS DEPARTMENT**
**OF HUMAN SERVICES et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, the case is dismissed without prejudice.

Dated this 30th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE